IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FREDERICK CHARLES SWITZER,

     Appellant,

  v.

Case No. 5D22-1739
LT Case No. 2019-CF-018552-B

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed February 21, 2023

Appeal from the Circuit Court
for Brevard County,
Tesha Scolaro Ballou, Judge.

Matthew J. Metz, Public Defender,
and Steven N. Gosney, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
and Kaylee D. Tatman, Assistant
Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.